COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-16-01006-CV

Style:     In the Interest of J.H.G., a Child

Date motion filed[*]:     December 23, 2016

Type of motion:     Motion to Extend Time to File Notice of Appeal

Party filing motion:     Appellant

Document to be filed:     Notice of appeal

Is appeal accelerated?     No

If motion to extend time:

Original due date:     December 21, 2016

Number of previous extensions granted:          Current Due date:

Date Requested:     December 22, 2016

Ordered that motion is:

☑     **Granted**

If document is to be filed, document due:  **December 22, 2016**

☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☐     Dismissed (*e.g.*, want of jurisdiction, moot)

☐     Other: _____

Judge's signature:     /s/ Russell Lloyd
                      <u>X</u> Acting individually          ☐  Acting for the Court

Panel consists of     _____

Date: <u>January 10, 2017</u>